# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| STABLEDATA SYSTEMS, LLC, a Georgia Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>VORTALSOFT, INC., a New Jersey Corporation,<br><br>Defendant/Third Party Plaintiff,<br><br>v.<br><br>STAFF-IT-NOW, a New York Limited Liability Company,<br><br>Third Party Defendant/Third Party Plaintiff,<br><br>v.<br><br>PTS CONSULTING, INC.,<br><br>Third Party Defendant. | Civil Action No. 14-0450 (FLW)(DEA)<br><br>**ORDER** |

**THIS MATTER** is opened by the Court *sua sponte*. The Court finds that on August 18, 2016, Plaintiff Stabledata Systems, LLC ("Plaintiff") filed a motion for partial summary judgment, which included a statement of material facts which (1) did not list those facts in separate paragraphs, and (2) was not submitted as a separate document. However, Local Civil Rule 56.1(a) provides, in relevant part, that "[o]n motions for summary judgment, the movant shall furnish a statement which sets forth material facts as to which there does not exist a genuine issue, in separately numbered paragraphs citing to the affidavits and other documents submitted in support

1

of the motion." Local Rule 56.1(a) also provides, in relevant part, that a "statement of material facts shall be a separate document (not part of a brief) and shall not contain legal argument or conclusions of law."

Accordingly, for good cause shown,

**IT IS** on this 25th day of August, 2016,

**ORDERED** that Plaintiff's motion for partial summary judgment [Dkt. No. 43] is DISMISSED without prejudice.

/s/ Freda L. Wolfson
The Honorable Freda L. Wolfson
United States District Judge